| | |
|---|---|
| **United States District Court** <br> **for the District of Colorado** | FILED <br> UNITED STATES DISTRICT COURT <br> DENVER, COLORADO <br> 2:33 pm, Aug 14, 2013 <br> JEFFREY P. COLWELL, CLERK |

**In re:** Application of David Merrill, }
a Patroon (perpetual inheritance) born on Colorado }
}
}
To issue an Order for production of unredacted }
Certified Copy of Subproject 130 of MK-ULTRA }

13-cv-02176

# Application for an Order under Title 28 USC §1782
## for production of a Document

David Merrill hereby applies for judicial assistance under Title 28 USC §1782 in order to acquire a Certified Copy of all documentation of Subproject 130 (MK-ULTRA) from the Central Intelligence Agency. This is *restricted appearance* (Rule E(8)) simply because the CIA will likely listen to a federal judge.

The facts and law in support of this petition are blatantly regular. The work product of William THETFORD's Subproject 130, *Displacement Hysteria* (Imagination Disorder) has been published for some time now through the *Foundation for Inner Peace* in a book titled *A Course in Miracles*. I am an interested person per the Code as I have invested 90 minutes on Saturday mornings for well over a year studying *A Course in Miracles* in a classroom environment dedicated to ACIM.

Last Saturday morning I noticed, actually I read it aloud as it was my turn in class, an interesting but typical passage about truth. This is from the very last paragraph of Chapter 7 – *The Gifts of the Kingdom*; Section XI – *The State of Grace*:

> ***You cannot deny part of truth.*** *2 You do not know your creations because you do not know their creator. 3 You do not know yourself because you do not*

> *know yours. 4 Your creations cannot establish your reality, any more than you can establish God's. 5 But you can [know] both. 6 Being is known by sharing. 7 Because God shared His Being with you, you can know Him. 8 But you must also know all He created, to know what they have shared. 9 Without your Father you will not know your fatherhood. 10 The Kingdom of God includes all His Sons and their children, who are as like the Sons as they are like the Father. 11 Know, then, the Sons of God, and you will know all creation.*

My interpretation is that until I understand the nature and extent of involvement that MK-ULTRA used psychotomimetic drugs on Helen SCHUCMAN I do not have proper insight about *renting the veil* so to speak. Since MK-ULTRA's trademark in Hollywood is liberal usage of LSD and we have two collaborating educated psychologists (co-Directors of the Psychology Department at Columbia University in fact) entertaining the auditory hallucinations (*The Voice* of Jesus) in one of their heads, my presumption is that they were *expecting* hallucinations in Helen, who wrote the book as commanded by *The Voice*. Additionally I have found reference to *John*, who early on in the transcription of Helen's notes was copied the initial draft, in a book about the making of ACIM titled *A Journey Without Distance*, pages 65-66. Helen was reported to be alarmed at discovering Bill placing *two* carbon sheets into his typewriter so Bill introduced her to the auditing *John* who became part of the project, receiving a copy of the early draft of ACIM from Bill.

After an investment of my time, and my classmates' time too, amounting to many man-hours we could have been productive in other endeavors I feel that I am an interested party deserving to further explore, in the light, the role of the CIA and MK-

ULTRA including the usage of mind-expanding drugs to induce "channeling" in the author of this widely read book, *A Course in Miracles*.

Please sign the attached Order, or form one of identical effect and send the Order to the Central Intelligence Agency prompting them to send me an unreduced copy of all notes and reports in Subproject 130 of MK-ULTRA.

I am including $46 cash lawful money to open a Miscellaneous Case File and a Return Envelope prepaid postage for the clerk of court in Denver to send me back a marked copy of this Application and Order. Furthermore the Congressional Record indicates that the Territory of Colorado was never properly formed in early 1861. This is a breach of the public trust allowing me to be the trustee of the resulting trust.

Respectfully,

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

DAVID MERRILL
TRUSTEE of this resulting trust.

State of Colorado  }
                   } ss:
County of El Paso  }

David Merrill is known to me and subscribed and swore to the above in my presence on 08/07/2013. My commission expires 11-10-2013

Theresa L Willis
20054043098
Notary Public







Exhibit A



David Merrill
115 E. Vermijo, #202
Colorado Springs, Colorado,
80903

Foundation for Inner Peace
P.O. Box 598
Mill Valley, California.
94942-0598

Liberty
FOREVER

David Merrill
115 E. Vermijo Ave. #202
Colorado Springs, Colorado.
[80903]

Foundation for Inner Peace
P.O. Box 598
Mill Valley, California.
[94942-0598]

Dear Sir or Madam:

Please send me the DVD entitled, "A Rare Interview with Helen Schucman" for the enclosed $15 cash lawful money.

Thank you!





Exhibit B





# CERTIFICATE OF MAILING

I, Tad C. Howard, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC District of Colorado, 901 19th Street - A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- United States $20.00 bill, serial number JB72957601E, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $20.00 bill, serial number IJ25552242B, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $5.00 bill, serial number FA10770188A, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $1.00 bill, serial number F86552518F, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- Original and copy of Application for an Order under Title 28 USC 1782 for production of a Document; one original to be filed and one copy to be returned
- Original and copy of Order; one original to be filed and one copy to be returned
- Two copies of Exhibit A (copies of United States $20.00 bill, serial number JB72957601E, United States $20.00 bill, serial number IJ25552242B, United States $5.00 bill, serial number FA10770188A, and United States $1.00 bill, serial number F86552518F); one copy to be filed and one copy to be returned
- Two copies of envelope for Letter from David Merrill to Foundation For Inner Peace; one copy to be filed and one copy to be returned
- Two copies of Letter from David Merrill to Foundation for Inner Peace requesting DVD entitled "A Rare Interview with Helen Schucman"; one copy to be filed and one copy to be returned
- Two copies of Exhibit B (copies of United States $10.00 bill, serial number GG75438567A, and United States $5.00 bill, serial number IG11439506B); one copy to be filed and one copy to be returned
- Two copies of this Certificate of Mailing dated August 13, 2013; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 13th day of August, 2013, certified mail receipt 7011 2970 0001 9384 3025.

I, Tad C. Howard, also state that I mailed the original Letter from David Merrill to Foundation for Inner Peace requesting DVD entitled "A Rare Interview with Helen Schucman" in the United States mail, postage pre-paid, via first class mail, this 13th day of August, 2013.

_____
Person Certifying Mailing

Courier Process Service, Inc., job reference #2013003883