**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-CV-02176-RBJ

DAVID MERRILL,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Text-Entry "Order Denying Application for an Order Under Title 28 USC § 1782 for Production of a Document" by Judge R. Brooke Jackson entered on August 22, 2013, it is

ORDERED that the Application for an Order Under Title 28 USC § 1782 for Production of a Document is DENIED.  The Court denies the requested relief and orders that this case be DISMISSED.

   Dated at Denver, Colorado this 22nd day of August, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk